NATIONAL BANK OF FAR ROCKAWAY, Appellant, *v.* CITY OF NEW YORK et al., Defendants, and GRINNELL COMPANY, INC., Respondent.

Argued October 24, 1945; decided November 29, 1945.

*Carl E. Peterson* for appellant.
*Charles E. Powers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.